**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| MARIO ANDREOLI | : |
| | : |
| Plaintiff, | : |
| v. | : Civil No._____ |
| | : |
| ARCHDIOCESE OF PHILADELPHIA, ST. | : |
| GABRIEL SCHOOL, LLC, PHILADELPHIA | : |
| INDEPENDENT MISSION SCHOOLS D/B/A | : |
| INDEPENDENCE MISSION SCHOOLS, | : |
| | |
| Defendants. | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant, the Archdiocese of Philadelphia ("Archdiocese") hereby gives notice of removal of this action from the Court of Common Pleas for Philadelphia County, in the Commonwealth of Pennsylvania, where this action was commenced, to the United States District Court for the Eastern District of Pennsylvania, the district embracing the place where the case is pending.  In support of this Notice of Removal, Defendant states the following:

## TIMELINESS AND CONSENT

1.     An action was commenced in the Court of Common Pleas for Philadelphia County, in the Commonwealth of Pennsylvania, captioned *Mario Andreoli v. St. Gabriel School, LLC, Philadelphia Independent Mission Schools d/b/a Independence Mission Schools, and the Archdiocese of Philadelphia*, Case ID. No. 140201843 (the "state court action").

2.     Copies of all process, pleadings and orders sent to Defendants by Plaintiff in the state court action are attached hereto as **Exhibit A**.  Additional documents printed from the docket in the state court action are attached as **Exhibit B**.  The docket report in the state court action is attached as **Exhibit C**.

3.     The Archdiocese received a copy of the Complaint and exhibits thereto via certified mail on February 24, 2014.

4.     Pursuant to 28 U.S.C. §1446(b), this Notice of Removal is timely because it was effected within thirty (30) days of receipt of the Complaint by the Archdiocese.

5.     Additional Defendants St. Gabriel School, LLC and Philadelphia Independent Mission Schools d/b/a Independence Mission Schools (collectively, the "St. Gabriel Defendants") consent to and join this removal.  See Affidavit of Kyle M. Elliott, Esquire, attached hereto as **Exhibit D**, at ¶ 5.  Thus, all defendants who have been "properly joined and served . . . join in or consent to the removal of this action."  28 U.S.C. § 1446(b)(2)(A).

6.     In the Complaint, plaintiff asserts claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*; the Pennsylvania Worker's Compensation Act ("PWCA"), 77 P.S. § 101 *et seq.*, the Pennsylvania Minimum Wage Act ("PMWA"), 35 P.S. § 333.01, *et seq.*, and the Pennsylvania Wage Payment and Collection Law ("PWPCL"), 43 P.S. § 260.1 *et seq.*

## FEDERAL QUESTION JURISDICTION

7.     28 U.S.C. §1441(a) provides that "any civil action brought in a State Court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

8.     This Court's subject matter jurisdiction, and the basis for removal, is founded upon 28 U.S.C. §§ 1331 and 1367.

9.     Pursuant to 28 U.S.C. §1331, this Court has original federal question jurisdiction over Plaintiff's FLSA claim because that claim is based on a federal statute.

10.    Plaintiff's state law PWCA, PMWA, and PWPCL claims are so related to his FLSA

2

Case 2:14-cv-01713-TJS   Document 1   Filed 03/21/14   Page 3 of 35

claim that they form part of the "same case or controversy"; thus, under 27 U.S.C. § 1367, this

Court has supplemental jurisdiction over Plaintiff's PWCA, PMWA, and PWPCL claims.

11.     For these reasons, removal of the state court action is appropriate.

**OTHER PREREQUSITES FOR REMOVAL HAVE BEEN STATISFIED**

12.     Counsel for the St. Gabriel Defendants has communicated to

counsel for the Archdiocese that they consent to and hereby join in this removal.  <u>See</u> Exhibit D

at ¶ 5.

13.     Venue is proper in the District pursuant to 28 U.S.C. §1446 because the Philadelphia

County Court of Common Pleas, in the Commonwealth of Pennsylvania, where this action was

filed and has been pending prior to removal, is a state court within this federal district and

division.

14.     The Archdiocese will promptly file written notice of removal of this action together

with a copy of this Notice of Removal with the Clerk of the Court in the Philadelphia County

Court of Common Pleas, in the Commonwealth of Pennsylvania, in accordance with 28 U.S.C.

§1446(d) and serve it on Plaintiff's counsel.

15.     A completed Federal Civil Cover Sheet accompanies this Notice of Removal.

16.     If any question arises as to the propriety of the removal of this action, the

Archdiocese requests the opportunity to file additional support for this Notice of Removal by

way of affidavits, deposition testimony, expert testimony, discovery responses, supplemental

memoranda, and legal argument.

**WHEREFORE**, Defendant, Archdiocese of Philadelphia, hereby removes this action

from the Court of Common Pleas of Philadelphia County, Pennsylvania, to the United States

District Court for the Eastern District of Pennsylvania and that this Court assume jurisdiction of

3

this action and issue such further orders and processes as may be necessary to bring it before all parties at trial.

Dated: March 21, 2014

*/s/ Jacquelyn J. Ager*
Nicholas M. Centrella, Esquire
Frank R. Emmerich Jr., Esquire
Jacquelyn J. Ager, Esquire
Identification Nos. 67666/76109/76830
1500 Market Street
Centre Square West Tower, Suite 3900
Philadelphia, PA 19102-2100
Phone: (215) 864-9600/Fax: (215) 864-9620
Email: ncentrella@conradobrien.com
        femmerich@conradobrien.com
        jager@conradobrien.com

*Attorneys for Defendant,*
*Archdiocese of Philadelphia*

## <u>CERTIFICATION</u>

I, Jacquelyn J. Ager, Esquire, hereby certify that, on this 21th day of March, 2014, a true

and correct copy of the foregoing Notice of Removal was served via First- Class United States

Mail, postage prepaid, on the following:

> Mark A. DiAntonio, Esquire
> McCann & Geschke, PC
> 1800 John F. Kennedy Blvd.
> Suite 801
> Philadelphia, PA  19103
>
> *Attorney for Plaintiff*
> *Mario Andreoli*
>
> Ian M. Long, Esquire
> Stradley Ronon Stevens & Young, LLP
> 2005 Market Street, Suite 2600
> Philadelphia, PA 19103-7018
>
> *Attorney for Defendants*
> *St. Gabriel School, LLC and\*
> *Philadelphia Independent Mission*
> *Schools d/b/a Independence Mission*
> *Schools*

> */s/ Jacquelyn J. Ager* _____
> Jacquelyn J. Ager

# EXHIBIT A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**FEBRUARY 2014**

E-Filing Number: 1402027928

**001843**

**RECEIVED**

FEB 2 4 2014

OFFICE FOR GENERAL COUNSEL

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| MARIO ANDREOLI | ST. GABRIEL SCHOOL, LLC |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1816 S. 27TH STREET<br>PHILADELPHIA PA 19145 | 724 W. LANCASTER AVENUE<br>WAYNE PA 19087 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | PHILADELPHIA INDEPENDENT MISSION SCHOOLS D/B/A<br>INDEPENDENCE |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 2300 W. LEHIGH AVENUE<br>PHILADELPHIA PA 19132 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | ARCHDIOCESE OF PHILADELPHIA |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 222 N. 17TH STREET<br>PHILADELPHIA PA 19103 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION | | |
|---|---|---|---|---|
| 1 | 3 | ☒ Complaint<br>☐ Writ of Summons | ☐ Petition Action<br>☐ Transfer From Other Jurisdictions | ☐ Notice of Appeal |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | | |
|---|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival | |

CASE TYPE AND CODE

1E - EMPLOYMENT, WRONGFUL DISCHARGE

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

**FILED
PRO PROTHY**

FEB 19 2014

**J. MURPHY**

IS CASE SUBJECT TO
COORDINATION ORDER?
    YES        NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: MARIO ANDREOLI

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| MARK A. DIANTONIO | MCCANN & GESCHKE, P.C.<br>1800 JFK BLVD, SUITE 801<br>PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)609-1563 | (215)568-1392 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 81115 | diantonio@doclawyers.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| MARK DIANTONIO | Wednesday, February 19, 2014, 12:11 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

FIRST JUDICIAL DISTRICT OF PENNSYLVANIA
COURT OF COMMON PLEAS OF PHILADELPHIA

NOT AN ARBITRATION MATTER
JURY TRIAL DEMANDED

Filed and Attested by
PROTHONOTARY
14  12:11 pm
J. MURPHY

Mark A. DiAntonio, Esquire                                    Attorneys for Plaintiff
Identification No. 81115
diantonio@doclawyers.com
McCANN & GESCHKE, P.C.
1800 John F. Kennedy Blvd., Suite 801
Philadelphia, PA  19103
215-568-1133

| | |
|---|---|
| **MARIO ANDREOLI**<br>1816 S. 27th Street<br>Philadelphia, PA 19145 | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS |
|                Plaintiff | |
| **vs.** | |
| **ST. GABRIEL SCHOOL, LLC**<br>724 W. Lancaster Avenue<br>Wayne, PA 19087 | FEBRUARY TERM, 2014 |
| And | Case No. |
| **PHILADELPHIA INDEPENDENT<br>MISSION SCHOOLS D/B/A<br>INDEPENDENCE MISSION SCHOOLS**<br>2300 W. Lehigh Avenue<br>Philadelphia, PA 19132 | |
| And | |
| **ARCHDIOCESE OF PHILADELPHIA**<br>222 N. 17th Street<br>Philadelphia, PA 19103 | |
|             Defendants | |

## NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint of for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

1

Case ID: 140201843

*You should take this paper to your lawyer at once. If you do not have a lawyer or cannot afford one, go to or telephone the office set forth below to find out where you can get legal help.*

Philadelphia Bar Association
Lawyer Referral
and Information Service
One Reading Center
Philadelphia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197
<u>AVISO</u>

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta ascentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

*Lleve esta demanda a un abogado immediatamente. Si no tiene abogado o si no tiene el dinero suficiente de pagar tal servicio. Vaya en persona o llame por telefono a la oficina cuya direccion se encuentra escrita abajo para averiguar donde se puede conseguir asistencia legal.*

Asociacion De Licenciados
De Filadelfia
Servicio De Referencia E
Informacion Legal
One Reading Center
Filadelfia, Pennsylvania 19107
(215) 238-6333
TTY (215) 451-6197

2

NOT AN ARBITRATION MATTER
JURY TRIAL DEMANDED

Mark A. DiAntonio, Esquire                          Attorneys for Plaintiff
Identification No. 81115
*diantonio@doclawyers.com*
McCANN & GESCHKE, P.C.
1800 John F. Kennedy Blvd., Suite 801
Philadelphia, PA  19103
215-568-1133

| | |
|---|---|
| **MARIO ANDREOLI**<br>1816 S. 27th Street<br>Philadelphia, PA 19145 | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS |
| Plaintiff | |
| vs. | |
| **ST. GABRIEL SCHOOL, LLC**<br>724 W. Lancaster Avenue<br>Wayne, PA 19087 | FEBRUARY TERM, 2014<br><br>Case No. |
| And | |
| **PHILADELPHIA INDEPENDENT**<br>**MISSION SCHOOLS D/B/A**<br>**INDEPENDENCE MISSION SCHOOLS**<br>2300 W. Lehigh Avenue<br>Philadelphia, PA 19132 | |
| And | |
| **ARCHDIOCESE OF PHILADELPHIA**<br>222 N. 17th Street<br>Philadelphia, PA 19103 | |
| Defendants | |

## COMPLAINT

Plaintiff, Mario Andreoli, by and through undersigned counsel, files this complaint

against Defendants, St. Gabriel School, LLC, Philadelphia Independent Mission Schools

d/b/a Independence Mission Schools, and Archdiocese of Philadelphia, and states:

1. Plaintiff, Mario Andreoli, is an individual residing at 1816 S. 27th Street,

   Philadelphia, PA.

3

2. St. Gabriel School, LLC is a limited liability company organized and existing under, and by virtue of, the laws of the Commonwealth of Pennsylvania, with a registered office address of 724 W. Lancaster Avenue, Suite 210, Wayne, PA. At all times material hereto, St. Gabriel School, LLC has operated a school named St. Gabriel School at 2917 Dickinson Street, Philadelphia, PA.

3. Philadelphia Independent Mission Schools d/b/a Independence Mission Schools is a non-profit business entity organized and existing under, and by virtue of, the laws of the Commonwealth of Pennsylvania, with a registered office address of 2300 W. Lehigh Avenue Philadelphia, PA. At all times material hereto, this Defendant has owned and operated St. Gabriel School at 2917 Dickinson Street, Philadelphia, PA, and/or owned, operated and controlled St. Gabriel School, LLC.

4. Archdiocese of Philadelphia is the ecclesiastical territory of the Roman Catholic Church that encompasses Philadelphia County, PA among other geographic territory in southeastern Pennsylvania, maintaining its principal business address at 222 N. 17th Street, Philadelphia, PA. At all times material hereto, the Archdiocese of Philadelphia has operated, owned and controlled a school known as St. Gabriel's School at 2917 Dickinson Street, Philadelphia, PA.

5. Jurisdiction and venue for this action are proper, pursuant to 42 Pa.C.S.A. §931 and Pa.R.Civ.P. 2179.

6. In January 2000, Mr. Andreoli began his employment at St. Gabriel School as the school's janitor.

4

7. Mr. Andreoli continued his employment as a janitor at St. Gabriel School until his employment was terminated on or about December 5, 2013.

8. At all times material hereto, Mr. Andreoli performed the duties and responsibilities of his position as instructed by his supervisors at the school, to include cleaning floors, classrooms and bathrooms, emptying trash, shoveling snow, and checking to assure the school was locked at the end of the day, among other tasks as directed by his supervisors.

9. From the beginning of Mr. Andreoli's employment until July 2013, Mr. Andreoli was employed by the Archdiocese of Philadelphia. In July 2013, the Archdiocese of Philadelphia turned over control, operation and management of St. Gabriel School and several other parochial elementary schools, to Philadelphia Independent Mission Schools d/b/a Independence Mission Schools.

10. From July 2013 until his termination on December 2013, Mr. Andreoli was employed by St. Gabriel School, LLC and/or Philadelphia Independent Mission Schools d/b/a Independence Mission Schools.

11. At all times material hereto, Mr. Andreoli was regularly scheduled to work 40 hours per week, Monday through Friday from 6:30 a.m. to 3 p.m. with a 30-minute lunch break.

12. From the beginning of his employment to the date of his termination, Mr. Andreoli was required by each of the Defendants on multiple occasions to perform additional duties before and/or after his regularly scheduled work hours,

Case ID: 140201843

including snow removal, opening and locking the school building, and providing assistance to clean up when unexpected events arose, among other tasks.

13. To perform these additional duties, Mr. Andreoli was required to work more than 40 hours per week during multiple pay periods between February 2011 and his termination in December 2013. Mr. Andreoli never received any compensation for working the additional time.

14. In October 2013, Mr. Andreoli submitted a notice to his employer, St. Gabriel School, LLC and Philadelphia Independent Mission Schools d/b/a Independence Mission Schools, regarding a work-related injury he had suffered, in an effort to pursue his rights and benefits available through the Pennsylvania Workers' Compensation Act.

15. After Mr. Andreoli suffered the work-related injury and notified his employer of the injury, St. Gabriel School, LLC and Philadelphia Independent Mission Schools d/b/a Independence Mission Schools, and its employees, servants and agents initiated steps to replace Mr. Andreoli, starting with the hiring of another janitor named Alex Torres. Mr. Andreoli was instructed to assist in the orientation of Mr. Torres

16. On or about December 5, 2013, Mr. Andreoli's supervisor, School Principal Noreen Friel, called Mr. Andreoli to her office and informed him his employment was terminated. He was being replaced by Mr. Torres.

17. During the entire time Mr. Andreoli was required by Defendants to assist in the orientation of Mr. Torres and at the time of the termination of Mr. Andreoli's

6

employment, Mr. Andreoli's workers' compensation claim was active and he
continued to pursue his workers' compensation claim.

### Count I – Wrongful Discharge (Workers' Compensation Retaliation)

### Mario Andreoli v. St. Gabriel School, LLC and Philadelphia Independent Mission Schools d/b/a Independence Mission Schools

18. Plaintiff incorporates by reference the allegations contained in Paragraphs 1
through 17 above as if they were fully set forth at length herein.

19. Because Mr. Andreoli exercised his statutory rights to pursue a claim under the
Pennsylvania Workers' Compensation Act, St. Gabriel School, LLC,
Philadelphia Independent Mission Schools d/b/a Independence Mission
Schools, and their employees, servants and agents initiated actions to find a
replacement for Mr. Andreoli; required Mr. Andreoli to unwittingly help orient his
replacement; and then fired Mr. Andreoli.

20. The actions of St. Gabriel School, LLC, Philadelphia Independent Mission
Schools d/b/a Independence Mission Schools, and their employees, servants
and agents were taken after Mr. Andreoli was injured at work and began
pursuing his workers' compensation claim.

21. Defendants' actions were done in response to Mr. Andreoli pursuing a workers'
compensation claim, and were intended to retaliate against Mr. Andreoli for
pursuing his statutory rights under the Pennsylvania Workers' Compensation
Act.

22. Defendants' actions in wrongfully discharging Mr. Andreoli from his employment
violate public policy. *Shick v. Shirey*, 552 Pa. 590, 716 A.2d 1231 (1998).

7

23. As a result of Defendants' wrongful acts, Mr. Andreoli has suffered injuries and damages including:

   a.  Loss of employment;

   b.  Loss of back wages;

   c.  Loss of future wages;

   d.  Loss of fringe benefits associated with his employment;

   e.  Costs associated with having to pursue this litigation; and

   f.  Reasonable attorney's fees associated with having to pursue this litigation.

WHEREFORE, Plaintiff, Mario Andreoli, demands that judgment be entered in his favor and against Defendants, St. Gabriel School, LLC and Philadelphia Independent Mission Schools d/b/a Independence Mission Schools, and that Plaintiff be awarded damages in an amount in excess of the prevailing arbitration limits to include past lost wages, future loss of wages, past and future fringe benefits, attorney's fees and costs, pre- and post-judgment interest, and such other and further relief as justice so requires.

## Count II – Violations of Pennsylvania Minimum Wage Act ("PMWA") and Pennsylvania Wage Payment and Collection Law ("PWPCL")

### Mario Andreoli v. All Defendants

24. Plaintiff incorporates by reference the allegations contained in Paragraphs 1 through 23 above as if they were fully set forth at length herein.

25. From February 2011 until July 2013, Defendant, Archdiocese of Philadelphia, was the "employer" of Mr. Andreoli, and Mr. Andreoli was Defendant's "employee" as those terms are defined under the PMWA and PWPCL.

26. From July 2013 until the termination of Mr. Andreoli's employment in December 2013, Defendants, St. Gabriel School, LLC and Philadelphia Independent

8

Mission Schools d/b/a Independence Mission Schools, were the "employers" of Mr. Andreoli, and Mr. Andreoli was Defendants' "employee" as those terms are defined under the PMWA and PWPCL.

27. At all times material hereto, Mr. Andreoli was engaged in an occupation, and performed services, on behalf of his employers for which he was entitled to be paid wages, including the payment of overtime, or not less than 1½ times his regular hourly rate of pay, for the time he worked in excess of 40 hours in each respective workweek.

28. At all times material hereto, Mr. Andreoli was improperly classified as an employee who was exempt from the provisions of the PMWA and its supporting regulations, and he was paid a salary based on a 40-hour workweek, without regard for additional time he was required to work for which he received no compensation.

29. At all times material hereto, Mr. Andreoli did not qualify as exempt under any of the categories permitted under the Exemptions provisions of the PMWA.

30. None of the Defendants has ever paid Mr. Andreoli for the time he worked for each of them above and beyond his regularly scheduled 40 hours in each respective workweek between February 2011 and December 2013.

31. The time period within which each Defendant was required to make such payments to Mr. Andreoli has expired.

32. Defendants' failure to pay Mr. Andreoli for the additional time he worked during the past three years constitutes a violation of the PMWA and the PWPCL.

9

Case ID: 140201843

33. As a result of each of the Defendant's respective violations of the applicable law, as stated above, Mr. Andreoli has suffered damages including:

    a.  Unpaid wages and overtime;

    b.  Liquidated damages in an amount equal to 25% of the total amount of the overtime wages due;

    c.  Costs associated with having to pursue this litigation; and

    d.  Reasonable attorney's fees associated with having to pursue this litigation.

WHEREFORE, Plaintiff, Mario Andreoli, demands that judgment be entered in his favor and against each of the Defendants, St. Gabriel School, LLC, Philadelphia Independent Mission Schools d/b/a Independence Mission Schools, and Archdiocese of Philadelphia, for their respective share of Plaintiff's damages, such that Plaintiff is awarded damages in an amount equal to the unpaid wages and overtime to which he is entitled, liquidated damages, attorney's fees and costs, pre- and post-judgment interest, and such other and further relief as justice so requires.

### Count III – Violations of Fair Labor Standards Act ("FLSA")

### Mario Andreoli v. All Defendants

34. Plaintiff incorporates by reference the allegations contained in Paragraphs 1 through 33 above as if they were fully set forth at length herein.

35. From February 2011 until July 2013, Defendant, Archdiocese of Philadelphia, was an "employer" and employed Plaintiff within the meaning of the FLSA, and was an enterprise engaged in commerce within the meaning of the FLSA, with annual gross revenue in excess of $500,000.

Case ID: 140201843

36. From July 2013 until the termination of Mr. Andreoli's employment in December 2013, Defendants, St. Gabriel School, LLC and Philadelphia Independent Mission Schools d/b/a Independence Mission Schools, were "employers" and employed Plaintiff within the meaning of the FLSA, and were an enterprise engaged in commerce within the meaning of the FLSA, with annual gross revenue in excess of $500,000.

37. At all times material hereto, Mr. Andreoli was engaged in an occupation, and performed services, on behalf of Defendants for which he was entitled to be paid wages, including the payment of overtime, or not less than 1½ times the employee's regular hourly rate of pay, for the time he worked in excess of 40 hours in each respective workweek.

38. At all times material hereto, Mr. Andreoli was improperly classified as an employee who was exempt from the provisions of the FLSA and its supporting regulations, and he was paid a salary based on a 40-hour workweek, without regard for additional time he was required to work for which he received no compensation.

39. At all times material hereto, Mr. Andreoli did not qualify as exempt under any of the categories permitted under the Exemptions provisions of the FLSA.

40. None of the Defendants has ever paid Mr. Andreoli for the time he worked for each of them above and beyond his regularly scheduled 40 hours in each respective workweek between February 2011 and December 2013.

41. The time period within which each respective Defendant was required to make such payments to Mr. Andreoli has expired.

11

42. The conduct of each individual Defendant constitutes a wilful violation of the FLSA within the meaning of 29 USC §255(a).

43. Defendants' failure to pay Mr. Andreoli for the additional time he worked during the past three years constitutes a violation of the FLSA.

44. As a result of each of the Defendant's respective violations of the applicable law, as stated above, Mr. Andreoli has suffered damages including:

    a.  Unpaid wages and overtime;

    b.  Liquidated damages in an amount equal to twice the total amount of the overtime wages due;

    c.  Costs associated with having to pursue this litigation; and

    d.  Reasonable attorney's fees associated with having to pursue this litigation.

WHEREFORE, Plaintiff, Mario Andreoli, demands that judgment be entered in his favor and against each of the Defendants, St. Gabriel School, LLC, Philadelphia Independent Mission Schools d/b/a Independence Mission Schools, and Archdiocese of Philadelphia, for their respective share of Plaintiff's damages, such that Plaintiff is awarded damages in an amount equal to the unpaid wages and overtime to which he entitled, liquidated damages, attorney's fees and costs, pre- and post-judgment interest, and such other and further relief as justice so requires.

Respectfully submitted,
McDahn & Geschke, P.C.

By: _____

Mark A. DiAntonio, Esquire
Attorneys for Plaintiff

Case ID: 140201843

## VERIFICATION

I, Mario Andreoli, verify that the facts as stated in the foregoing Complaint are true and accurate, and are based on my personal knowledge, information and reasonable belief. This verification is made subject to the penalties of 18 PA. C.S. Sec. 4904 relating to unsworn falsification to authorities.

Mario Andreoli

Date: 2/18/14

13

*Metro Filing Services, Inc.*
317 S. 13th Street
PHILADELPHIA, PA 19107
(215) 981 FILE

Philadelphia Association of
Professional Process Servers

00114-1843

**AFFIDAVIT OF SERVICE**

| PLAINTIFF(S) | COURT TERM and NO. | COUNTY |
| Mario Andreoli | 14-02-1843 | Philadelphia |
| DEFENDANT(S) | DATE PREPARED | |
| St. Gabriel School, LLC. | Feb 26, 2014 | Delaware County |
| SERVE AT | ☑ Civil Action | ☐ Subpoena |
| 724 W. Lancaster Avenue | ☐ Summons | ☐ Notice of Real Estate Sale |
| Wayne, PA 19087 | ☐ Writ Of | ☐ Other |
| | COMPANY CONTROL NUMBER | |
| | 096695 | |

SPECIAL INSTRUCTIONS

Served and made known to _____

on the _____ day of _____ , _____ , at _____

at _____ , County of _____

Commonwealth of Pennsylvania, in the manner described below:

☐ Defendant(s) personally served
☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____
☐ Adult in charge of Defendant's residence who refused to give name or relationship.
☐ Agent or person in charge of Defendants's office or usual place of business.
☐ _____ an officer of said Defendant company.
☐ Other

| Description | Age: | Height: | Weight: | Race: | Sex: |

On the __07__ day of __03__ , __2014__ , at __1243 P__

Defendant not found because: ☐ Moved ☐ Unknown ☐ No Answer ☐ Vacant ☒ Other

NOT IN DEL. CO.

**NAME OF SERVER**

_____ being duly sworn according to law, deposes and says that he/she is process server herein names; and that the facts herein set forth above are true and correct to the best of their knowledge, information and belief.

Sworn to and subscribed before me this
_____ day of _____ 20 ____

Sheriff _____ #104          Process Server/Competent Adult

| Attorney's Name | | ATTEST | Metro Filing Services, Inc. |
| Firm name | Metro Filing Services, Inc. | | PRO PROTHY |
| Address | 317 South 13th Street | | 2/19/14 |
| | Philadelphia, Pa 19107 | | DATE |
| Telephone # | (215) 981-3453 | Client # 762 | |

1990 Philadelphia Assoc. of Professional Process Servers Rev 98.1
Metro Filing Services, Inc, founding member.

Case ID: 140201843

# EXHIBIT B

**CONRAD O'BRIEN PC**
Nicholas M. Centrella, Esquire
Frank R. Emmerich Jr., Esquire
Jacquelyn J. Ager, Esquire
Identification Nos. 67666/76109/76830
1500 Market Street
Centre Square West Tower, Suite 3900
Philadelphia, PA 19102-2100
Phone: (215) 864-9600/Fax: (215) 864-9620
Email: ncentrella@conradobrien.com
        femmerich@conradobrien.com
        jager@conradobrien.com

*Attorneys for Defendant,*
*Archdiocese of Philadelphia*

Filed and Attested by
PROTHONOTARY
06 MAR 2014 11:32 am
E. HAURIN

| | | |
|---|---|---|
| MARIO ANDREOLI | : | COURT OF COMMON PLEAS |
| | : | PHILADELPHIA COUNTY |
| Plaintiff, | : | |
| v. | : | FEBRUARY TERM 2014 |
| | : | |
| ARCHDIOCESE OF PHILADELPHIA, et al. | : | No.  001843 |
| | : | |
| Defendants. | : | |

### ENTRY OF APPEARANCE

TO THE PROTHONOTARY:

Kindly enter the appearances of Nicholas M. Centrella, Esquire, Frank R. Emmerich Jr.,

Esquire and Jacquelyn J. Ager, Esquire on behalf of Defendant, Archdiocese of Philadelphia in

the above-captioned matter.

Dated:  March 6, 2014

/s/ Jacquelyn J. Ager
Nicholas M. Centrella, Esquire
Frank R. Emmerich Jr., Esquire
Jacquelyn J. Ager, Esquire
Identification Nos. 67666/76109/76830
1500 Market Street
Centre Square West Tower, Suite 3900
Philadelphia, PA 19102-2100
Phone: (215) 864-9600/Fax: (215) 864-9620
Email: ncentrella@conradobrien.com
        femmerich@conradobrien.com
        jager@conradobrien.com

*Attorneys for Defendant,*
*Archdiocese of Philadelphia*

Case ID: 140201843

## CERTIFICATE OF SERVICE

I, Jacquelyn J. Ager, Esquire, hereby certify that I caused a true and correct copy of the foregoing Entry of Appearance, to be electronically filed pursuant to the Court's electronic court filing system, and that the pleading is available for downloading and viewing from the Court's electronic court filing system.  Notice of this filing will be sent to counsel of record by operation of the Court's EFS system and via first class mail upon the following:

Mark A. DiAntonio, Esquire
McCann & Geschke, PC
1800 John F. Kennedy Blvd.
Suite 801
Philadelphia, PA  19103

*Attorney for Plaintiff*
*Mario Andreoli*

St. Gabriel School, LLC
724 West Lancaster Avenue
Wayne, PA  19087

Philadelphia Independent Mission Schools
d/b/a Independence Mission Schools
2300 West Lehigh Avenue
Philadelphia, PA  19132

/s/ Jacquelyn J. Ager
Jacquelyn J. Ager

Dated:  March 6, 2014

**STRADLEY RONON STEVENS & YOUNG, LLP**

Joseph McHale, Esq., ID No. 65706
Ian M. Long, Esq., ID No. 306851
2005 Market St., Suite 2600
Philadelphia, PA  19103
215-564-8000

Attorneys for Defendants St. Gabriel
School, LLC and Philadelphia Independent
Mission Schools d/b/a Independence
Mission Schools

| | |
|---|---|
| MARIO ANDREOLI<br>1816 S. 27th Street<br>Philadelphia, PA 19145<br>          Plaintiff<br><br>          vs.<br>ST. GABRIEL SCHOOL, LLC<br>724 W. Lancaster Avenue<br>Wayne, PA 19087<br><br>And<br><br>PHILADELPHIA INDEPENDENT<br>MISSION SCHOOLS D/B/A<br>INDEPENDENCE MISSION SCHOOLS<br>2300 W. Lehigh Avenue<br>Philadelphia, PA 19132<br><br>And<br><br>ARCHDIOCESE OF PHILADELPHIA<br>222 N. 17th Street<br>Philadelphia, PA 19103<br>          Defendants | PHILADELPHIA COUNTY<br>COURT OF COMMON PLEAS<br><br>FEBRUARY TERM, 2014<br><br>Case No.  01843 |

## ACCEPTANCE OF SERVICE OF COMPLAINT

I, Ian Long, Esquire, accept service of the Complaint in the above-captioned case on behalf of

Defendants St. Gabriel School, LLC and Philadelphia Independent Mission Schools d/b/a Independence

Mission Schools, and certify that I am authorized to do so.

DATE: March 14, 2014

Joseph McHale, Esq., ID No. 65706
Ian M. Long, Esq., ID No. 306851
STRADLEY RONON STEVENS &
YOUNG, LLP
2005 Market St., Suite 2600
Philadelphia, PA  19103
215-564-8000
*Attorneys for Defendants St. Gabriel
School, LLC and Philadelphia
Independent Mission Schools d/b/a
Independence Mission Schools*

Case ID: 140201843

# EXHIBIT C



 No Items in Cart **LOGOUT** mgreen4

Civil Docket Report

A $5 Convenience fee will be added to the transaction at checkout.

## Case Description

| | |
|---|---|
| **Case ID:** | 140201843 |
| **Case Caption:** | ANDREOLI VS ST. GABRIEL SCHOOL, LLC ETAL |
| **Filing Date:** | Wednesday, February 19th, 2014 |
| **Court:** | MAJOR JURY-EXPEDITED |
| **Location:** | City Hall |
| **Jury:** | JURY |
| **Case Type:** | EMPLOYMENT, WRONGFUL DISCHARGE |
| **Status:** | WAITING TO LIST CASE MGMT CONF |

## Related Cases

*No related cases were found.*

## Case Event Schedule

*No case events were found.*

## Case motions

*No case motions were found.*

## Case Parties

| Seq # | Assoc | Expn Date | Type | Name |
|---|---|---|---|---|
| 1 | | | ATTORNEY FOR PLAINTIFF | DIANTONIO, MARK A |
| **Address:** MCCANN & GESCHKE, P.C. 1800 JFK BLVD, SUITE 801 PHILADELPHIA PA 19103 (215)609-1563 | **Aliases:** *none* | | | |
| | | | | |

| 2 | 1 | | PLAINTIFF | ANDREOLI, MARIO |
|---|---|---|---|---|
| **Address:** | 1816 S. 27TH STREET PHILADELPHIA PA 19145 | **Aliases:** | *none* | |
| | | | | |
| 3 | | | DEFENDANT | ST. GABRIEL SCHOOL, LLC |
| **Address:** | 724 W. LANCASTER AVENUE WAYNE PA 19087 | **Aliases:** | *none* | |
| | | | | |
| 4 | | | DEFENDANT | PHILADELPHIA INDEPENDENT MISSION SCHOOLS D/B/A INDEPENDENCE |
| **Address:** | 2300 W. LEHIGH AVENUE PHILADELPHIA PA 19132 | **Aliases:** | *none* | |
| | | | | |
| 5 | 7 | | DEFENDANT | ARCHDIOCESE OF PHILADELPHIA |
| **Address:** | 222 N. 17TH STREET PHILADELPHIA PA 19103 | **Aliases:** | *none* | |
| | | | | |
| 6 | | | TEAM LEADER | NEW, ARNOLD L |
| **Address:** | 606 CITY HALL PHILADELPHIA PA 19107 (215)686-7260 | **Aliases:** | *none* | |
| | | | | |
| 7 | | | ATTORNEY FOR DEFENDANT | AGER, JACQUELYN J |

| **Address:** | CONRAD O'BRIEN, P.C. 1500 MARKET STREET, SUITE 3900 CENTRE SQUARE, WEST TOWER PHILADELPHIA PA 19102 (215)864-9600 | **Aliases:** | *none* |
| --- | --- | --- | --- |

| 8 | 7 | | ATTORNEY FOR DEFENDANT | CENTRELLA, NICHOLAS M |
| --- | --- | --- | --- | --- |

| **Address:** | CENTRE SQUARE, WEST TOWER 1500 MARKET STREET, SUITE 3900 PHILADELPHIA PA 19102 (215)864-8098 | **Aliases:** | *none* |
| --- | --- | --- | --- |

| 9 | 7 | | ATTORNEY FOR DEFENDANT | EMMERICH JR. JR., FRANK R |
| --- | --- | --- | --- | --- |

| **Address:** | CONRAD O'BRIEN PC 1500 MARKET STREET, SUITE 3900 CENTRE SQUARE, WEST TOWER PHILADELPHIA PA 19102 (215)864-9600 | **Aliases:** | *none* |
| --- | --- | --- | --- |

## Docket Entries

| Filing Date/Time | Docket Type | Filing Party | Disposition Amount | Approval/ Entry Date |
|---|---|---|---|---|
| 19-FEB-2014 12:11 PM | ACTIVE CASE | | | 20-FEB-2014 08:20 AM |
| **Docket Entry:** | E-Filing Number: 1402027928 | | | |
| | | | | |
| 19-FEB-2014 12:11 PM | COMMENCEMENT CIVIL ACTION JURY | DIANTONIO, MARK A | | 20-FEB-2014 08:20 AM |
| **Documents:** | 🔗 Click link(s) to preview/purchase the documents  Final Cover | 🛒 Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | none. | | | |
| | | | | |
| 19-FEB-2014 12:11 PM | COMPLAINT FILED NOTICE GIVEN | DIANTONIO, MARK A | | 20-FEB-2014 08:20 AM |
| **Documents:** | 🔗 Click link(s) to preview/purchase the documents  Complaint.pdf | 🛒 Click HERE to purchase all documents related to this one docket entry | | |
| **Docket Entry:** | COMPLAINT WITH NOTICE TO DEFEND WITHIN TWENTY (20) DAYS AFTER SERVICE IN ACCORDANCE WITH RULE 1018.1 FILED. | | | |
| | | | | |
| 19-FEB-2014 12:11 PM | SHERIFF'S SURCHARGE 3 DEFTS | DIANTONIO, MARK A | | 20-FEB-2014 08:20 AM |
| **Docket Entry:** | none. | | | |
| | | | | |
| 19-FEB-2014 12:11 PM | JURY TRIAL PERFECTED | DIANTONIO, MARK A | | 20-FEB-2014 08:20 AM |
| **Docket Entry:** | 12 JURORS REQUESTED. | | | |
| | | | | |
| 19-FEB-2014 12:11 PM | WAITING TO LIST CASE MGMT CONF | DIANTONIO, MARK A | | 20-FEB-2014 08:20 AM |
| **Docket** | | | | |

| Entry: | none. | | | |
|---|---|---|---|---|
| | | | | |

| 26-FEB-2014<br>10:11 AM | AFFIDAVIT OF SERVICE<br>FILED | | | 26-FEB-2014<br>10:35 AM |
|---|---|---|---|---|
| **Documents:** | 🔧 Click link(s) to preview/purchase the documents<br>Affidavit of Service | 🛒 **Click HERE to purchase all documents<br>related to this one docket entry** | | |
| **Docket<br>Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON<br>ARCHDIOCESE OF PHILADELPHIA BY PERSONAL SERVICE ON<br>02/24/2014 FILED. | | | |
| | | | | |

| 27-FEB-2014<br>10:19 AM | AFFIDAVIT OF SERVICE<br>FILED | | | 27-FEB-2014<br>10:33 AM |
|---|---|---|---|---|
| **Documents:** | 🔧 Click link(s) to preview/purchase the documents<br>Affidavit of Service | 🛒 **Click HERE to purchase all documents<br>related to this one docket entry** | | |
| **Docket<br>Entry:** | AFFIDAVIT OF SERVICE OF PLAINTIFF'S COMPLAINT UPON<br>PHILADELPHIA INDEPENDENT MISSION SCHOOLS D/B/A<br>INDEPENDENCE BY PERSONAL SERVICE ON 02/25/2014 FILED. | | | |
| | | | | |

| 06-MAR-2014<br>11:32 AM | ENTRY OF APPEARANCE<br>FILED | AGER,<br>JACQUELYN J | | 06-MAR-2014<br>11:33 AM |
|---|---|---|---|---|
| **Documents:** | 🔧 Click link(s) to preview/purchase the documents<br>Entry of Appearance NMC FRE JJA.pdf | 🛒 **Click HERE to purchase all documents<br>related to this one docket entry** | | |
| **Docket<br>Entry:** | ENTRY OF APPEARANCE OF JACQUELYN J AGER, FRANK R EMMERICH<br>JR. AND NICHOLAS M CENTRELLA FILED. (FILED ON BEHALF OF<br>ARCHDIOCESE OF PHILADELPHIA) | | | |
| | | | | |

| 19-MAR-2014<br>10:35 AM | ATTEMPTED SERVICE -<br>NOT FOUND | | | 19-MAR-2014<br>10:35 AM |
|---|---|---|---|---|
| **Documents:** | 🔧 Click link(s) to preview/purchase the documents<br>doc06280920140319083409.pdf | 🛒 **Click HERE to purchase all documents<br>related to this one docket entry** | | |
| **Docket<br>Entry:** | ST. GABRIEL SCHOOL, LLC NOT FOUND ON 03/07/2014. | | | |
| | | | | |

| 19-MAR-2014 | ACCEPTANCE OF | DIANTONIO, | | 19-MAR-2014 |
|---|---|---|---|---|

| 03:11 PM | SERVICE FILED | MARK A | | 03:12 PM |

| **Documents:** | 📄 Click link(s) to preview/purchase the documents<br>[Acceptance of Service St. Gabriel School.pdf](#) | 🛒 **Click HERE to purchase all documents related to this one docket entry** |

| **Docket Entry:** | SERVICE OF PLAINTIFF'S COMPLAINT ACCEPTED BY ST. GABRIEL SCHOOL, LLC ON 03/14/2014 FILED. (FILED ON BEHALF OF MARIO ANDREOLI) |

▶ [Case Description](#)    ▶ [Related Cases](#)    ▶ [Event Schedule](#)    ▶ [Case Parties](#)    ▶ [Docket Entries](#)

| E-Filing System | Search Home | Return to Results |

# EXHIBIT D

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIO ANDREOLI | : |
| | : |
| Plaintiff, | : |
| v. | :    Civil No._____ |
| | : |
| ARCHDIOCESE OF PHILADELPHIA, ST. | : |
| GABRIEL SCHOOL, LLC, PHILADELPHIA | : |
| INDEPENDENT MISSION SCHOOLS D/B/A | : |
| INDEPENDENCE MISSION SCHOOLS, | |
| | |
| Defendants. | |

## AFFIDAVIT OF KYLE M. ELLIOTT IN SUPPORT OF NOTICE OF REMOVAL

I, Kyle M. Elliott, declare as follows:

1.  I am a member of the Pennsylvania Bar, and an associate with the law firm of Conrad O'Brien, PC, 1500 Market Street, Suite 3900, Centre Square West, Philadelphia, PA 19102-2100.

2.  I am one of the counsel representing Defendant the Archdiocese of Philadelphia (the "Archdiocese") in the above-captioned matter.

3.  I submit this Affidavit in support of the Notice of Removal filed by the Archdiocese.

4.  On March 14, 2014, I spoke with Ian M. Long, Esquire, of Stradley Ronon Stevens & Young, LLP, who represents the Defendants identified in Plaintiff Mario Andreoli's Complaint as St. Gabriel School, LLC, and Philadelphia Independent Mission Schools d/b/a Independence Mission Schools (collectively, the "St. Gabriel Defendants"). The St. Gabriel Defendants accepted service of Plaintiff's Complaint on or about March 19, 2014.

5.      Counsel for the St. Gabriel Defendants has consented to the removal of this action from the Philadelphia Court of Common Pleas to the United States District Court for the Eastern District of Pennsylvania.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Affidavit was executed this 19th day of March, 2014, in Philadelphia, PA.

Kyle M. Elliott, Esquire