IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIO ANDREOLI | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ARCHDIOCESE OF PHILADELPHIA | : | NO. 14-1713 |

### ORDER

**AND NOW**, this 20th day of May, 2014, upon consideration of the Stipulation for Court Approval of Proposed Settlement and Dismissal with Prejudice, it is **ORDERED** that the Stipulation and the Settlement are **APPROVED**.

**IT IS FURTHER ORDERED** that pursuant to Federal Rule of Civil Procedure 41.1(b), the plaintiff's complaint is **DISMISSED**.

    /s/Timothy J. Savage
TIMOTHY J. SAVAGE,  J.